1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11  FEDERAL NATIONAL          )    Case No. EDCV 12-00477 VAP
    MORTGAGE ASSOCIATION,     )    (SPx)
12                            )
                Plaintiff,    )    **JUDGMENT**
13                            )
          v.                  )
14                            )
    DIVINA ALBASETE GEORGE    )
15  AKA DIVINA A. GEORGE;     )
    JOSE S. COLLASO; MARIA    )
16  E. COLLASO; NABOR         )
    AGUILERA; VICENTA         )
17  AGUILERA; EVERETT X.      )
    CABRERA AKA EVERETT       )
18  XAVIER CABRERA; JAVIER    )
    J. ROMERO; FAUSTINO       )
19  BARBA AKA FAUSTINO BARBA  )
    JR.; SARA LUZ ARGUELLO;   )
20  CHRISTIE L. REED; DAVID   )
    ALAN BOUCHER; AND DOES 1  )
21  THROUGH 10, INCLUSIVE,    )
                              )
22              Defendants.   )
    _____ )
23

24  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

25       Pursuant to the Order filed herewith, IT IS ORDERED

26  AND ADJUDGED that Plaintiff's claims against Defendants

27  Christie L. Reed, Divina Albasete George, Sara Luz

28  Arguello, and Everett X. Cabrera are DISMISSED WITH

1  PREJUDICE.   The Court orders that such judgment be

2  entered.

3

4

5  Dated: <u>November 5, 2012</u>         _____

6                                    VIRGINIA A. PHILLIPS
                                 United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28