1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                     CENTRAL DISTRICT OF CALIFORNIA

10

11  FEDERAL NATIONAL              )    Case No. EDCV 12-00477 VAP
    MORTGAGE ASSOCIATION,         )    (SPx)
12                                )
                    Plaintiff,    )    **AMENDED JUDGMENT**
13                                )
          v.                      )
14                                )
    DIVINA ALBASETE GEORGE,       )
15  etc., et al.,                 )
                                  )
16                  Defendants.   )
    _____)
17

18  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

19       Pursuant to the Order filed herewith, IT IS ORDERED

20  AND ADJUDGED that Plaintiff's claims against Defendants

21  Christie L. Reed, Divina Albasete George, Sara Luz

22  Arguello, and Everett X. Cabrera are DISMISSED **WITHOUT**

23  PREJUDICE.  The Court orders that such judgment be

24  entered.

25

26

27
    Dated: November 20, 2012_____
28                              VIRGINIA A. PHILLIPS
                              United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28