UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>        Plaintiff,<br><br>  v.<br><br>DIVINA ALBASETE GEORGE, etc., et al.,<br><br>        Defendants. | Case No. EDCV 12-00477 VAP (SPx)<br><br>**AMENDED JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's claims against Defendants Christie L. Reed, Divina Albasete George, Sara Luz Arguello, and Everett X. Cabrera are DISMISSED **WITHOUT PREJUDICE**. The Court orders that such judgment be entered.

Dated: November 20, 2012 _____
                              VIRGINIA A. PHILLIPS
                         United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28